**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:　　　In re Sunbelt Rentals, Inc.

Appellate case number:　01-14-00765-CV

Trial court case number:　2013-65334

Trial court:　　　　　　　151st District Court of Harris County

　　　　On September 15, 2014, relator, Sunbelt Rentals, Inc., filed a petition for writ of mandamus and a motion for temporary relief. Relator seeks temporary relief "concerning the production of documents as ordered or production of [Michael] Ford for deposition until such time as this Court considers the merits" of relator's petition. The motion is **granted**. The portions of the trial court's July 17, 2014 order that require relator to answer Interrogatory 4, and provide documents responsive to Requests for Production 6, 12, 19, and 29 are stayed. Further, the deposition of Michael Ford, currently noticed for 10:00 a.m. on September 19, 2014, is stayed. The stay is effective until disposition of relator's petition for writ of mandamus or further order of this Court. *See* TEX. R. APP. P. 52.10(b).

　　　　The Court requests a response to the petition for writ of mandamus from the real party in interest, Julie Rogers, as Next Friend of Dalton Rogers, a Minor. **The response, if any, is due to be filed with this Court no later than September 30, 2014.**

　　　　It is so ORDERED.

Judge's signature: /s/ <u>Jim Sharp</u>
　　　　　　　　　　　☒ Acting individually　　☐ Acting for the Court

Date:　September 16, 2014